NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GT NEXUS, INC., A DELAWARE CORPORATION,**
*Plaintiff-Appellee*

**v.**

**INTTRA, INC., A DELAWARE CORPORATION,**
*Defendant-Appellant*

---

2016-1267

---

Appeal from the United States District Court for the Northern District of California in No. 4:11-cv-02145-SBA, Judge Saundra Brown Armstrong.

---

**JUDGMENT**

---

BORIS FELDMAN, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for plaintiff-appellee. Also represented by ROBIN L. BREWER, STEFANI E. SHANBERG, San Francisco, CA.

MICHAEL JOHN LYONS, Morgan, Lewis & Bockius LLP, Palo Alto, CA, argued for defendant-appellant. Also represented by AHREN CHRISTIAN HSU-HOFFMAN, DAVID VINCENT SANKER, LINDSEY M. SHINN, WALTER SCOTT TESTER; THOMAS M. PETERSON, San Francisco, CA.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 11, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |